UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TO:  JEANNE A. NAUGHTON, CLERK         CASE NO. 21-17157/MBK
                                        IN RE: JAMES K. LEE and HELEN H.
                                        LEE

INFORMATION FOR NOTICE OF PRIVATE SALE BY THE ATTORNEY FOR DEBTOR

The Kelly Firm, P.C., attorneys for the Debtors, proposes to sell certain property of the estate to the persons and on the terms described below.

If any creditor or other party in interest has an objection to the sale, the objection and a request for a hearing on such objection shall be in writing, served upon the Attorneys for Debtors and filed with the Clerk of the United States Bankruptcy Court.

Such objection and request shall be filed with the Clerk and served upon the trustee no later than *October 20, 2021*.

In the event an objection is timely filed a hearing thereon will be held on *October 27, 2021*.

If no objection to the private sale is filed with the Clerk and served upon the Attorney for Debtor as required above on or before *October 20, 2021*, the sale will be consummated as proposed on *October 27, 2021*.

The property to be sold, the proposed purchaser and the sale price are:

| |
|---|
| Real property located at 11 Overton Rd., Hamilton, NJ 08690 |
| |
| |
| |
| |
| |
| Purchaser:          Nelson D. Recinos |
| Total Sale Price:    $290,000.00 |
| |
| |
| |
| |
| |

Higher and better offers will be received.  They must be in writing and filed with the Clerk prior to the date set for filing objections.

Request for additional information about the property to be sold, the prospective purchaser, the price to be paid and other matters should be directed to:

NAME:       The Kelly Firm, P.C.
ADDRESS:   1011 Highway 71, Suite 200, Spring Lake, New Jersey 07762
TELEPHONE NO:   (732) 449-0525

SUBMITTED BY:   */s/ Travis R. Graga*      POSITION: _____   PHONE: _____
DATED:             September 28, 2021