UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, PC
Andrew J. Kelly, Esq.
Travis R. Graga, Esq.
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762-2030
(732) 449-0525
akelly@kbtlaw.com
tgraga@kbtlaw.com

In Re:

JAMES K. LEE and HELEN H. LEE,

Debtors.

| | |
|---|---|
| Case No.: | 21-17157 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 10/27/2021 |
| Judge: | Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, _____Sharon Audino_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____The Kelly Firm, P.C._____, who represents
   _____James and Helen Lee_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____September 28, 2021_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Motion to Sell Assets Free & Clear; Certificate of James K. Lee; Information for Notice of Private Sale; Application for Order Shortening Time; Proposed Orders Shortening Time Period for Notice; and Proposed Order Authorizing Sale of Real Property.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____September 28, 2021_____          /s/Sharon Audino
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Huntington National Bank<br>11100 Wayzata Boulevard, Suite 801<br>Minnetonka, MN 55305 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mr. Cooper<br>Bankruptcy Notices<br>PO Box 619094<br>Dallas, TX 75261-9741 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PAK SC, LLC<br>ParkWinMer SC, LLC<br>c/o Andrew J. Schragger, Esq.<br>902 Carnegie Center, Suite 400<br>West Windsor, NJ 08540 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Small Business Administration<br>Office of Disaster Assistance<br>14925 Kingsport Rd<br>Fort Worth, TX 76155 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Auto<br>PO Box 5265<br>Sioux Falls, SD 57117-5265 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Auto<br>PO Box 130000<br>Raleigh, NC 27605 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |