**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on September 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James K. Lee and Helen H. Lee

Case No.: 21-17157

Chapter: 13

Chief Judge: Michael B. Kaplan

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**
(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 28, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of  Travis Graga  for a reduction of time for a hearing on  Motion to Sell Property Free and Clear of Liens under Section 363(f). Property for Sale: 11 Overton Road, Hamilton, NJ 08690.  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  October 13, 2021  at  9:00 a.m.  in the United States Bankruptcy Court,  402 East State Street, Trenton, New Jersey 08608 , Courtroom No.  8 .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:  Trustee and any and all interested parties.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

☐ Other:

*rev.3/23/20*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-17157-MBK |
| James K. Lee | Chapter 13 |
| Helen H. Lee | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 28, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + James K. Lee, Helen H. Lee, 11 Overton Road, Trenton, NJ 08690-1512 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew J. Kelly | on behalf of Joint Debtor Helen H. Lee akelly@kbtlaw.com wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Andrew J. Kelly | on behalf of Debtor James K. Lee akelly@kbtlaw.com wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Travis Graga | on behalf of Debtor James K. Lee tgraga@kbtlaw.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 28, 2021 | Form ID: pdf903 | Total Noticed: 1 |

akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com;pschenke@kbtlaw.com

Travis Graga

on behalf of Joint Debtor Helen H. Lee tgraga@kbtlaw.com
akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com;pschenke@kbtlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7