Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21–17157–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James K. Lee<br>dba High Q Cleaners<br>11 Overton Road<br>Trenton, NJ 08619 | Helen H. Lee<br>dba High Q Cleaners<br>11 Overton Road<br>Trenton, NJ 08619 |

Social Security No.:
  xxx–xx–0600                                                                xxx–xx–8736

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

11 Overton Rd., Hamilton, NJ 08690.

Dated: October 21, 2021
JAN: gan

Jeanne Naughton
Clerk